No. D–1962. IN RE DISBARMENT OF NEILL. Denis Michael Neill, of Bethesda, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–78. DOYLE *v.* DILLON, DISTRICT ATTORNEY, NASSAU COUNTY. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. M–79. PANETTI *v.* TEXAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 97–1418. BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSN. *v.* 203 NORTH LASALLE STREET PARTNERSHIP. C. A. 7th Cir. [Certiorari granted, 523 U. S. 1106.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.

No. 97–8805. HAYNES *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 29, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–1821. IN RE BOURIE;
No. 97–9092. IN RE CANTU MARTINEZ; and
No. 97–9099. IN RE BLACKMON. Petitions for writs of habeas corpus denied.

No. 97–1705. IN RE LONARDO ET AL.;
No. 97–8578. IN RE BRADIN;
No. 97–8617. IN RE SIDLES; and
No. 97–8792. IN RE CUMMINS. Petitions for writs of mandamus denied.

No. 97–8610. IN RE WHITESIDE. Petition for writ of mandamus and/or prohibition denied.